■ CITY OF CORNING, Appellant, v CORNING POLICE DEPARTMENT OF CORNING CITY UNIT OF STEUBEN COUNTY CHAPTER, CIVIL SERVICE EMPLOYEES ASSOCIATION, et al., Respondents. CITY OF CORNING, Appellant, v INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 932, et al., Respondents.—Order unanimously affirmed, without costs. (See *City of Amsterdam v Helsby* 37 NY2d 19.) (Appeal from order of Steuben Special Term in proceeding to declare compulsory arbitration invalid.) Present—Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ. [81 Misc 2d 294.]